**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| LUIS CORDOVA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK and<br>MARKWAYNE MULLIN,[1]<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03174-TLP-tmp |

---

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT,**
**DIRECTING RESPONDENT TO SHOW CAUSE, AND**
**DIRECTING PETITIONER TO REPLY**

---

Petitioner Luis Cordova, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1.)

The Court **ORDERS** Petitioner to serve a copy of the Petition, all attached documents, and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Petitioner shall do so within **three (3) days** of this Order.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the noncitizen is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The Court therefore respectfully **DIRECTS** the Clerk to terminate all other Respondents.

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within **three (3) days** of service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243.

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **three (3) days** of service. Failure to comply with this requirement may justify the Court dismissing the Petition without further notice. *See* Fed. R. Civ. P. 41(b).

The Court will set a hearing by separate order if necessary. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 14th day of September, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE